# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**KEVIN MCCAA** | **INITIAL APPEARANCE/ARRAIGNMENT<br>AND PLEA MINUTES**<br><br>CASE NUMBER **23-cr-008** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding<br>Deputy Clerk: Mary Murawski<br>Hearing Held: January 19, 2023 at 11:00 A.M. | Court Reporter: Liberty<br>Hearing Began: 11:00:11<br>Hearing Ended: 11:05:46 |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
Kevin McCaa, in person, and by: Craig W. Albee, Joshua Uller     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None  ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | March 30, 2023 | District Judge: | Pamela Pepper |
| Plea Deadline: | | Bond Judge: | William E. Duffin |
| Final Pretrial Report | | Magistrate Judge: | Stephen C. Dries |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | TO BE SET |
| Jury Trial Date: | TO BE SET | Responses Due: | TO BE SET |
| Trial Length Estimate: | 1-2 weeks | Replies Due: | TO BE SET |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: 1-2 weeks

☐ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Stephen C. Dries
☐ Case designated complex
☑ **Counsel Only Scheduling Conference: January 26, 2023 at 9:30 A.M. before Magistrate Judge Stephen C. Dries**

Maximum Penalties:
Ct 1: IMPRISON: mandatory Life; FINE: $250,000; S.R.: 5 years; S.A.: $100
Ct 2: IMPRISON: mandatory minimum 10 years, consecutive to any other sentence and up to Life; FINE: $250,000; S.R.: 5 years; S.A.: $100
Ct 4: IMPRISON: up to 15 years; FINE: $250,000; S.R.: 3 years; S.A.: $100.

☑     Detention continued as previously set by Magistrate Judge Duffin.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings