UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                    Case No. 23-CR-8

KEVIN McCAA,

    *Defendant.*

---

## MOTION TO WITHDRAW
## AND FOR APPOINTMENT OF NEW COUNSEL

Federal Defender Services of Wisconsin, Inc. (FDSW), by counsel, Craig W. Albee and Joshua D. Uller, hereby moves to withdraw from this case due to a conflict of interest that came to light in the past week, pursuant to Wisconsin Supreme Court Rules 20:1.7, 20:1.9, and 20:1.10. FDSW further requests an order for the appointment of substitute counsel.

Dated at Milwaukee, Wisconsin, this 26th day of December, 2024.

                                        Respectfully submitted,

                                        */s/ Craig W. Albee*
                                        Craig W. Albee, WI Bar #1015752
                                        Federal Defender Services
                                          of Wisconsin, Inc.
                                        411 E. Wisconsin Avenue, Suite 2310
                                        Milwaukee, WI 53202
                                        Tel. (414) 221-9900
                                        Email: craig_albee@fd.org

                                        */s/ Joshua D. Uller*
                                        Joshua D. Uller, WI Bar #1055173
                                        Email: joshua_uller@fd.org

                                        *Counsel for Defendant,* Kevin McCaa

*Federal Defender Services of Wisconsin, Inc.*