UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                                Case No. 23-CR-8 (PP)

KEVIN MCCAA,

          Defendant.

## JOINT MOTION FOR STAY OF PRETRIAL DEADLINES PENDING DECISION ON DEFENDANT'S MOTION TO WITHDRAW

The United States of America, by and through its attorneys, Gregory J. Haanstad, United States Attorney, and Margaret B. Honrath and Abbey M. Marzick, Assistant United States Attorneys, and the Defendant, Kevin McCaa, by and through his attorneys, Craig Albee and Joshua Uller, hereby move this Court to stay pretrial deadlines pending decision on the defendant's motion to withdraw.

In support of said motion, the parties state as follows:

1. Trial on the instant case is scheduled to begin on February 10, 2025.

2. On December 26, 2024, defendant filed a motion to withdraw (ECF 122).

3. A hearing on this motion is scheduled for Monday, January 6, 2025.

4. Three pretrial deadlines remain on or before the hearing date. Motions in limine and *Daubert* motions are due Friday, January 3, 2024. Government exhibits are due Monday, January 6, 2025 (See ECF 92, 115).

5. Given the pending motion to withdraw, the parties are jointly requesting a stay of pretrial filing deadlines pending decision on the motion to withdraw.

WHEREFORE, the parties respectfully request that this Court stay the pretrial deadlines pending decision on the defendant's motion to withdraw.

Dated at Milwaukee, Wisconsin, this 30th day of December 2024.

                                                  GREGORY J. HAANSTAD
                                                  United States Attorney

By:   *s/ Abbey M. Marzick*
        Abbey M. Marzick (WIBN 1087215)
        Margaret B. Honrath (ILBN 6296758)
        Assistant United States Attorneys
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        Abbey.Marzick@usdoj.gov
        Margaret.Honrath@usdoj.gov